Entered: January 10th, 2025
Signed: January 8th, 2025
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **25−10133 − LSS**   Chapter: **13**

**Sari Bloch**
Debtor

## ORDER DISMISSING CASE
## OF INELIGIBLE DEBTOR

It appears that a previous case filed by Debtor in this Court, Case No. 24−17215−LSS, was dismissed with a one (1) year bar to refiling within one (1) year of the date of the filing of the petition in this case. Consequently, the Debtor is not eligible for relief under Title 11 in this case. Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned case under Title 11 (U.S.C.) is dismissed, effective as of the filing of the petition.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Rebecca A. Herr

**End of Order**